Miller, Presiding Judge.
*207 In McDuffie v. Ocmulgee EMC , 338 Ga.App. 200, 789 S.E.2d 415 (2016), this Court (1) affirmed the Administrative Law Judge's finding that Ocmulgee EMC ("EMC") met its burden of demonstrating that Kasabian McDuffie had returned to his pre-2009-injury condition when EMC suspended McDuffie's indemnity benefits; but (2) remanded this case for factual findings regarding whether EMC had shown that suitable work was available to McDuffie before terminating his benefits. Id. at 202-204 (1), (3), 789 S.E.2d 415.
In Ocmulgee EMC v. McDuffie , 302 Ga. 640, 806 S.E.2d 546 (2017), the Supreme Court of Georgia reversed this Court's decision, in part, determining that EMC was not required to show the availability of suitable employment and that no further factual findings were necessary in this regard. Id. at 643-645 (2), 806 S.E.2d 546. Thus, the Supreme *208 Court affirmed in full the decision of the Appellate Division of the State Board of Workers' Compensation. Accordingly, we vacate Division 3 of our prior decision, and the judgment of the Supreme Court is adopted and made the judgment of this Court for Division 3.
Judgment affirmed.
Dillard, C.J., Ellington, P.J., McMillian, Mercier, Reese, Brown, JJ., concur. McFadden, P.J., dissents. Gobeil, J. recused.